**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA IBRAHIM, | ) Case No.: 1:13-cv-00065- JLT |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| v. | ) (Doc. 16) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

On September 24, 2013, the parties stipulated for Defendant to have an extension of time to respond to Plaintiff's opening brief. (Doc. 16). Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Defendant **SHALL** file a response to Plaintiff's opening brief on or before **October 30, 2013**; and
3. Any reply by Plaintiff SHALL be filed no later than **November 15, 2013**.

IT IS SO ORDERED.

Dated: **September 26, 2013**           /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE

1