UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA IBRAHIM,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:13-cv-0065 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 22) |

On June 17, 2014, Plaintiff Linda Ibrahim and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920. (Doc. 22).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $6,578.90 is **AWARDED** to Plaintiff, Linda Ibrahim.

IT IS SO ORDERED.

Dated: __**June 17, 2014**__          _____**/s/ Jennifer L. Thurston**_____
                                             UNITED STATES MAGISTRATE JUDGE

1